AO 91 (Rev. 11/11) Criminal Complaint                                   AUSA Jeffrey S. Snell (312) 469-6308

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**FILED**

**9/28/2025**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

HUBERT MAZUR

CASE NUMBER: 25 CR 607

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about September 27, 2025, at Broadview, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 111(a)(1) | forcibly resisting, opposing, impeding, and interfering with a federal officer |

This criminal complaint is based upon these facts:

 X  Continued on the attached sheet.

STEVEN MALLON
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: September 28, 2025

*Judge's signature*

City and state: Chicago, Illinois

GABRIEL A. FUENTES, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**<u>AFFIDAVIT</u>**

## I.    Introduction

I, STEVEN MALLON, being duly sworn, state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation, and have been so employed for six years. My current responsibilities include the investigation of violent criminal enterprises.

2.      This affidavit is submitted in support of a criminal complaint alleging that HUBERT MAZUR has violated Title 18, United States Code, Section 111(a)(1). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging the defendant with forcibly resisting, opposing, impeding, and interfering with a federal officer, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3.      This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and my review of video evidence.

## II.      Facts Supporting Probable Cause

4.      On September 27, 2025, at the Broadview Service Staging Area (BSSA) located at 1930 Beach Street, Broadview, Illinois, a United States Border Patrol Agent (BPA 1) was lawfully performing law enforcement duties. These duties included maintaining safety around the perimeter of the BSSA during an active protest.

5.      During the protest on September 27, 2025, various federal agents attempted to move the protestors further away from the BSSA. While doing so, BPA 1 gave MAZUR a lawful order to step back. MAZUR refused the order and BPA 1 pushed MAZUR back. MAZUR then grabbed BPA 1's right arm, at which point BPA 1 continued to push MAZUR and both parties ended up on the ground. MAZUR continued resisting arrest until he was eventually placed into handcuffs.

6.      The events occurred while BPA 1 was engaged in the performance of his official duties.

7.      At the time of the events, BPA 1 was employed as a Federal Agent for United States Border Patrol, an officer of the United States, and was working in an official capacity as designated in Title 18, United States Code, Section 1114.

## III.  Conclusion

For the forgoing reasons, I respectfully submit there exists probable cause that HUBERT MAZUR forcibly resisted, opposed, impeded, and interfered with an officer of the United States, as designated in Title 18, United States Code, Section 1114, namely, BPA 1, a Federal Agent of the United States Border Patrol while that Federal Agent was engaged in the performance of official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

FURTHER AFFIANT SAYETH NOT.

STEVEN MALLON
Special Agent, Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone September 28, 2025.

Honorable GABRIEL A. FUENTES
United States Magistrate Judge