IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America** | ) | |
| Plaintiff(s), | ) | |
| | ) | Case No: 1:25-cr-607 |
| v. | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| **Hubert Mazur** | ) | |
| Defendant(s), | ) | |

## ORDER

    Hearing held on the government's motion (doc. #[9]) to dismiss the complaint (doc. #[1]) without prejudice The government provided additional basis for its motion, noting that the government's review, after defendant's arrest, of additional body-worn camera video evidence caused the government to decide not to file an information in this case, in which the compliant charged the case as a misdemeanor. Further, the government confirmed on the record that prior to issuance of the complaint, the complaint affiant had sworn under oath that the affiant had reviewed video evidence that corroborated the complaint's version of events. The Court confirmed at the hearing that such sworn affirmation was a substantial part of the basis for the Court's initial determination of probable cause on the complaint. The government made an oral motion to vacate the release order, noting that vacatur of that order is part and parcel of case dismissal. For the reasons stated on the record, the Court: (1) granted the oral motion to vacate the release order (doc. #[7]), and (2) granted the motion to dismiss (doc. #[9]) without prejudice, all without objection or additional motion from defendant. The release order (doc. # [7]) is vacated. The case is dismissed without prejudice. In view of the dismissal of the matter, no preliminary hearing was held.

(00:10)

Date: 10/8/2025

/s/ *[signature]*
Gabriel A. Fuentes
United States Magistrate Judge